Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

**Attorneys for Defendant
NUANCE COMMUNICATIONS, INC.**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut corporation; and THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Plaintiffs,<br><br>v.<br><br>INFINITY CONTACT, INC., an Iowa corporation; and NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 3:13-cv-05905-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND TO EXTEND INITIAL COURT ORDERED DEADLINES**<br><br>**DEMAND FOR JURY**<br><br>Judge: Honorable Richard Seeborg |

ACTIVE/71956921.1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1(b), Defendants INFINITY CONTACT, INC. ("Infinity") and NUANCE COMMUNICATIONS, INC. ("Nuance") (collectively, "Defendants") and Plaintiffs THE PHOENIX INSURANCE COMPANY and THE TRAVELERS INDEMNITY COMPANY ("Plaintiffs"), by and through their attorneys, hereby stipulate as follows:

WHEREAS, on December 19, 2013, Plaintiffs filed a Complaint with the clerk of the District Court for the Northern District of California;

WHEREAS, on December 20, 2013, the Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #5) (the "Court's Initial Order");

WHEREAS, pursuant to the Court's Initial Order, the following deadlines were established:

| | |
|---|---|
| Deadline to Meet and Confer and file ADR Certification and Notices | April 1, 2014 |
| Deadline for Filing Rule 26(f) Report, Completing Initial Disclosures, and Filing Joint Case Management Statement | April 15, 2014 |
| Case Management Conference | April 17, 2014 |

WHEREAS, Plaintiffs did not request waiver of service from Defendants and deferred service of the Complaint in order to confer with Defendants about potential resolution of the issues short of litigation.  Specifically, the parties discussed whether and to what extent Travelers would be willing to contribute to the settlement of the claims against Infinity and Nuance in the Underlying Lawsuit, as defined in the Complaint;

WHEREAS, on March 5, 2014, approximately three weeks ago, Plaintiffs served Nuance with the Complaint;

WHEREAS, on March 6, 2014, approximately three weeks ago, Plaintiffs served Infinity with the Complaint;

WHEREAS, under Federal Rule of Civil Procedure 12(a)(1), Nuance's and Infinity's current deadline to answer or otherwise respond to the Complaint are March 26, 2014 and March 27, 2014, respectively;

1  WHEREAS, Defendants and Plaintiffs have agreed to an extension of the current deadlines to answer or otherwise respond to the Complaint until April 10, 2014, so that parties may engage in settlement discussions; so that Defendants may properly investigate, evaluate, and respond to Plaintiffs' claims; and so as to allow the parties the opportunity to properly prepare for the Case Management Conference in the event a resolution is not immediately reached;

WHEREAS, counsel for all parties further agreed to an extension of the deadlines set by the Court's Initial Order as follows:

| | |
|---|---|
| Deadline to Meet and Confer and file ADR Certification and Notices | May 1, 2014 |
| Deadline for Filing Rule 26(f) Report, Completing Initial Disclosures, and Filing Joint Case Management Statement | May 9, 2014 |
| Case Management Conference | May 15, 2014 |

WHEREAS, no party will be prejudiced by the stipulated-to extension;

WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that:

1) Defendants shall have through and including **April 10, 2014** to answer or otherwise respond to the Complaint in this action;

2) Deadline for the parties to meet and confer and file ADR certification and notices shall be **May 1, 2014**;

3) Deadline for filing Rule 26(f) Report, completing initial disclosures, and filing joint case management statement shall be **May 9, 2014**; and

1      4)  The initial case management conference shall be scheduled for **May 15, 2014.**

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: March 25, 2014          Respectfully submitted,

By: */s/ Mark D. Peterson*
Mark D. Peterson
**CATES PETERSON LLP**
4100 Newport Place, suite 230
Newport Beach, CA 92660
Tel: (949) 724-1180
Fax: (949) 724-1190
Email: markpeterson@catespeterson.com

*Attorneys for Plaintiffs*
*The Phoenix Insurance Company and The Travelers Indemnity Company*

Dated: March 25, 2014          Respectfully submitted,

By: */s/ Alan Palmer Jacobus*

Alan Palmer Jacobus
Offices of Alan Palmer Jacobus
2165 Beach Street, Number 5
San Francisco, CA 94123
Tel: (415) 685-0820
Email: alan.jacobus@apjlegal.com

*Attorneys for Defendant*
*Infinity Contact, Inc.*

Dated: March 25, 2014          Respectfully submitted,

By: */s/ Michael T. Jones*

Michael T. Jones (SBN 661336)
Nicole L. Chessari (SBN 259970)
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

*Attorneys for Defendant*
*Nuance Communications, Inc.*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: 3/26/14

_____
HONORABLE RICHARD SEEBORG
United States District Judge