United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>INFINITY CONTACT, INC., et al.,<br><br>            Defendants. | Case No. 13-cv-05905-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/29/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Exchange Initial Disclosures | 05/22/2014 |
| Response to Amended Complaint | 06/02/2014 |
| Response to Amended Counterclaims | 06/23/2014 |
| Parties to file Cross-Motion for Summary Judgment | 06/30/2014 |
| Response to Motion for Summary Judgment | 07/30/2014 |
| Reply to Motion for Summary Judgment | 08/20/2014 |
| Motion for Summary Judgment Hearing | 11/06/2014 at 9:00 am. |
| Trial | N/A |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated: May 29, 2014

_____
BETH LABSON FREEMAN
United States District Judge