1  Michael T. Jones (SBN 290660)
   *mjones@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.:  650.752.3100
5  Fax.:  650.853.1038

6  **Attorneys for Defendant**
   **NUANCE COMMUNICATIONS, INC.**
7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 | THE PHOENIX INSURANCE
   | COMPANY, a Connecticut corporation;                  CASE NO. 5:13-cv-05905-BLF
12 | THE TRAVELERS INDEMNITY
   | COMPANY, a Connecticut corporation;
13 | THE TRAVELERS INDEMNITY                              **JOINT STIPULATION AND**
   | COMPANY OF CONNECTICUT, a                            **[PROPOSED] ORDER TO REVISE**
14 | Connecticut corporation; TRAVELERS                   **BRIEFING SCHEDULE FOR**
   | PROPERTY CASUALTY COMPANY OF                         **OPPOSITION AND REPLY TO**
15 | AMERICA, a Connecticut corporation,                  **PLAINTIFFS' MOTION FOR**
   |                                                      **SUMMARY JUDGMENT**
16 |
   |           Plaintiffs and Counter-                    **DEMAND FOR JURY**
17 |           Defendants,
   |                                                      Courtroom:  3
18 |                                                      Judge:      Hon. Beth Labson Freeman
   |      v.                                              Floor:      5
19 |
   | INFINITY CONTACT, INC., an Iowa
20 | corporation; and NUANCE
   | COMMUNICATIONS, INC., a Delaware
21 | corporation,
22 |
   |           Defendants and Counter-
23 |           Claimants

24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER TO
REVISE SUMMARY JUDGMENT BRIEFING SCHEDULE
Case No. 5:13-cv-05905-BLF

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendant NUANCE COMMUNICATIONS, INC. ("Nuance") and Plaintiffs THE PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively, "Plaintiffs") (together, with Defendant, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to extend the briefing schedules with respect to Plaintiffs' Motion for Summary Judgment Against Defendant Nuance Communications, Inc., Docket Entry No. 52 ("Motion"), so that Defendant's opposition to the Motion will be filed on or before August 15, 2014, and Plaintiffs' reply brief in support of the Motion will be filed on or before September 5, 2014. In support of this request, the Parties stipulate as follows:

WHEREAS, on June 2, 2014, the Court issued a Case Management Order, Docket Entry No. 46 ("Order") setting forth the following schedule with respect to motions for summary judgment:

| | |
|---|---|
| Parties to file Cross-Motion for Summary Judgment | June 30, 2014 |
| Response to Motion for Summary Judgment | July 30, 2014 |
| Reply to Motion for Summary Judgment | August 20, 2014 |
| Motion for Summary Judgment Hearing | November 6, 2014 at 9:00 a.m. |

WHEREAS, on June 30, 2014, Plaintiff filed its Motion with this Court;

WHEREAS, on July 15, 2014, the Parties initiated discussions relating to potential settlement of this action;

WHEREAS, in order to further explore potential settlement of this action, the Parties have agreed to extend Defendant's deadline to file its opposition to the Motion until Friday, August 15, 2014;

WHEREAS, the Parties have further agreed to extend Plaintiffs' deadline to file its reply to the Motion until Friday, September 5, 2014;

1

WHEREAS, the Parties agree that the Court should hold a hearing on the Motion on the same date as previously scheduled;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;

WHEREAS, no Party previously has requested an extension of time with respect to the Motion; and

WHEREAS, this extension will not substantively affect the overall case schedule given the Order requires a hearing the Motion to occur on November 6, 2014, which shall remain unchanged.

WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that:

1) Defendant Nuance Communications, Inc., shall have through and including **August 15, 2014**, to file its opposition to Plaintiffs' Motion for Summary Judgment; and

2) Plaintiffs shall have through and including **September 5, 2014**, to file their reply in support of Plaintiffs' Motion for Summary Judgment.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 18, 2014                                    Respectfully submitted,

By:  */s/ Mark D. Peterson*
Mark D. Peterson
**CATES PETERSON LLP**
4100 Newport Place, suite 230
Newport Beach, CA 92660
Tel:  (949) 724-1180
Fax: (949) 724-1190
Email: markpeterson@catespeterson.com

*Attorneys for Plaintiffs*
*The Phoenix Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America*

Dated: July 18, 2014                                     Respectfully submitted,

                                      By: */s/ Nicole L. Chessari*

                                          Michael T. Jones (SBN 661336)
                                          Nicole L. Chessari (SBN 259970)
                                          **GOODWIN PROCTER LLP**
                                          135 Commonwealth Drive
                                          Menlo Park, California 94025-1105
                                          Tel.:  650.752.3100
                                          Fax.: 650.853.1038

                                          *Attorneys for Defendant*
                                          *Nuance Communications, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: July 22, 2014

                                          HONORABLE BETH LABSON FREEMAN
                                          United States District Judge