Timothy J. Hill (#LI0015821)
*(Appearance Pro Hac Vice)*
Direct Dial: (319) 861-8758
Email: thill@bradleyriley.com
Joseph W. Younker (#LI0019908)
*(Appearance Pro Hac Vice)*
Direct Dial: (319) 358-5569
Email: jyounker@bradleyriley.com
**BRADLEY & RILEY PC**
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax: (319) 363-9824

Alan Palmer Jacobus (California Bar Number 206954)
**LAW OFFICES OF ALAN PALMER JACOBUS**
555 California Street, Suite 4925
San Francisco, California 94104
Telephone: (415) 685-0820
Email: alan.jacobus@apjlegal.com

Attorneys for Defendant and Counterclaimant
INFINITY CONTACT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiffs and Counter-Defendants,<br><br>      v.<br><br>INFINITY CONTACT, INC., an Iowa corporation and NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>      Defendants and Counterclaimants. | No.  5:13-cv-05905-BLF<br><br>USDC Judge:  Beth Labson Freeman<br><br>Magistrate Judge:  Paul Singh Grewal<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AND COUNTERCLAIMANT INFINITY AND [PROPOSED] ORDER<br><br>(Fed. R. Civ. P. 41 (a)(2)) |

{01750573.DOCX}                                       1
Case No.:  5:13-CV-05905-BLF                           Stipulation of Dismissal Without Prejudice as to
                                                       Defendant and Counterclaimant Infinity and [Proposed] Order

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs and Counter-Defendants The Phoenix Insurance Company, The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut (collectively "Travelers") and Defendant and Counterclaimant Infinity Contact, Inc. ("Infinity") hereby stipulate, agree and jointly move the Court to enter an Order as follows:

1. Travelers' claims and defenses against Infinity (as set forth in Docs. 44 (Travelers' Amended Complaint) and 50 (Travelers' Answer to Infinity's Counterclaim)) are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).  These are the only claims and defenses pending in this action against Infinity;

2. Infinity's claims and defenses against Travelers (as set forth in Doc. 47 (Infinity's Answer, Affirmative Defenses and Counterclaim to Plaintiffs' Amended Complaint)) are dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2);

3. This dismissal without prejudice should be without any award of costs;

4. Defendant and Counterclaimant Nuance Communications, Inc.'s ("Nuance's") counterclaim against Plaintiffs (as set forth in Doc. 48) and Plaintiffs' claim against Nuance (as set forth in Doc. 44) remain pending for independent adjudication.

A proposed Order granting this Stipulation has been set forth below.

Dated:  August 12, 2014

Respectfully submitted,

By:  /s/ Mark D. Peterson
Mark D. Peterson
CATES PETERSON LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
Telephone:  (949) 724-1180
Facsimile: (949) 724-1190
mpeterson@catespeterson.com

By:  /s/ Charles E. Spevacek
Charles E. Spevacek
*(Appearance Pro Hac Vice)*
Michael P. McNamee
*(Appearance Pro Hac Vice)*

{01750573.DOCX}
Case No.:  5:13-CV-05905-BLF

2

Stipulation of Dismissal Without Prejudice as to Defendant and Counterclaimant Infinity and [Proposed] Order

|   |   |
|---|---|
| 1 | Meagher & Geer PLLP |
| 2 | 33 S 6th Street, Suite 4400 |
|   | Minneapolis, MN 55402 |
| 3 | Telephone: (612) 338-0661 |
|   | Facsimile: (612) 338-8384 |
| 4 | cspevacek@meagher.com |
|   | mmcnamee@meagher.com |

*Attorneys for Plaintiffs and Counter-Defendants The Phoenix Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut and Travelers Property Casualty Company of America*

Dated: August 12, 2014                    Respectfully submitted,

By:     */s/ Alan Palmer Jacobus*
ALAN PALMER JACOBUS
Offices of Alan Palmer Jacobus
555 California Street, Suite 4925
San Francisco, CA 94104
Phone: (415) 685-0820
Email: alan.jacobus@apjlegal.com

By:     */s/ Timothy J. Hill*
TIMOTHY J. HILL (#LI0015821)
*(Appearance Pro Hac Vice)*
Direct Dial: (319) 861-8758
Email: thill@bradleyriley.com
   and
JOSEPH W. YOUNKER (#LI0019908)
*(Appearance Pro Hac Vice)*
Direct Dial: (319) 358-5569
Email: jyounker@bradleyriley.com
   of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA  52406-2804
Phone: (319) 363-0101
Fax: (319) 363-9824

*Attorneys for Defendant and Counterclaimant Infinity Contact, Inc.*

{01750573.DOCX}                                          3
Case No.:  5:13-CV-05905-BLF                    Stipulation of Dismissal Without Prejudice as to
                                                Defendant and Counterclaimant Infinity and [Proposed] Order

Copy to:

Mark D. Peterson
Cates Peterson LLP
4100 Newport Place, Suite 230
Newport Beach, CA 92660
*Attorneys for Plaintiffs and Counter-Defendants*

Charles E. Spevacek
Michael P. McNamee
Meagher & Geer PLLP
33 S 6th Street, Suite 4400
Minneapolis, MN 55402
*Attorneys for Plaintiffs and Counter-Defendants*
*Admitted Pro Hac Vice*

Michael T. Jones
Nicole L. Chessari
Goodwin Proctor LLP
135 Commonwealth Drive
Menlo Park, California 94025-1105
*Attorneys for Defendant and Counterclaimant*
*Nuance Communications, Inc.*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification or by enclosing the same in an envelope with postage fully paid and by depositing said envelope in a United States Post Office depository this __12th__ day of __AUGUST__, 2014.  I declare under penalty of perjury that the foregoing is true and correct.

/s/  Julie A. Pflughaupt

Civil L.R. 5-1(i)(3) Attestation

I, Timothy J. Hill, am the ECF User whose ID and Password are being used to file this STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AND COUNTERCLAIMANT INFINITY AND [PROPOSED] ORDER.

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Mark D. Peterson and Charles E. Spevacek, counsel for Plaintiffs and Counter-Defendants, have concurred to its filing.

Dated: August 12, 2014              /s/ Timothy J. Hill
                                            Timothy J. Hill

{01750573.DOCX}               4
Case No.:  5:13-CV-05905-BLF               Stipulation of Dismissal Without Prejudice as to
                                           Defendant and Counterclaimant Infinity and [Proposed] Order

[PROPOSED] ORDER

The Court, having considered the above Stipulation by and between Plaintiffs and Counter-Defendants The Phoenix Insurance Company, The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut (collectively "Travelers") and Defendant and Counterclaimant Infinity Contact, Inc. ("Infinity"), and for good cause shown and pursuant to Fed. R. Civ. P. 41(a)(2), hereby ORDERS that:

1. Travelers' claims and defenses against Infinity are dismissed without prejudice, without any award of costs; and

2. Infinity's claims and defenses against Travelers are dismissed without prejudice, without any award of costs.

IT IS SO ORDERED.

DATED this ___ day of August, 2014.

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge

{01750573.DOCX}                         5
Case No.:  5:13-CV-05905-BLF                        Stipulation of Dismissal Without Prejudice as to
                                                     Defendant and Counterclaimant Infinity and [Proposed] Order