UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INFINITY CONTACT, INC., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05905-BLF<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br>[Re ECF 60] |

　　The Court is in receipt of the "Stipulation of Dismissal Without Prejudice As To Defendant and Counterclaimant Infinity" filed August 12, 2014. (ECF 60) As Plaintiffs/Counter-Defendants The Phoenix Insurance Company, The Travelers Indemnity Company and the Travelers Indemnity Company of Connecticut and Defendant/Counterclaimant Infinity Contact, Inc. have stipulated to dismiss their respective claims and defenses against each other without prejudice, the Court shall treat this as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge