1  Michael T. Jones (SBN 290660)
   *mjones@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.:  650.752.3100
5  Fax.:  650.853.1038

6  **Attorneys for Defendant**
   **NUANCE COMMUNICATIONS, INC.**
7

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>INFINITY CONTACT, INC., an Iowa corporation; and NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Defendants and Counter-Claimants | CASE NO. 5:13-cv-05905-BLF<br><br>**THIRD JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE FOR OPPOSITION AND REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DEMAND FOR JURY**<br><br>Courtroom: 3<br>Judge:    Hon. Beth Labson Freeman<br>Floor:    5 |

1 | Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendant NUANCE COMMUNICATIONS, INC. ("Defendant") and Plaintiffs THE PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively, "Plaintiffs") (together, with Defendant, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to extend the briefing schedules with respect to Plaintiffs' Motion for Summary Judgment Against Defendant Nuance Communications, Inc., Docket Entry No. 52 ("Motion"), so that Defendant's opposition to the Motion will be filed on or before September 29, 2014, and Plaintiffs' reply brief in support of the Motion will be filed on or before October 22, 2014. In support of this request, the Parties stipulate as follows:

WHEREAS, on June 2, 2014, the Court issued a Case Management Order, Docket Entry No. 46 ("Order") setting forth the following schedule with respect to motions for summary judgment:

| Parties to file Cross-Motion for Summary Judgment | June 30, 2014 |
|---|---|
| Response to Motion for Summary Judgment | July 30, 2014 |
| Reply to Motion for Summary Judgment | August 20, 2014 |
| Motion for Summary Judgment Hearing | November 6, 2014 at 9:00 a.m. |

WHEREAS, on June 30, 2014, Plaintiffs filed their Motion with this Court;

WHEREAS, on July 15, 2014, the Parties initiated discussions relating to potential settlement of this action;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on July 18, 2014 to extend Defendant's deadline to file its opposition to the Motion until Friday, August 15, 2014 and Plaintiffs' deadline to file their reply to the Motion until Friday, September 5, 2014;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on August 5, 2014 to extend Defendant's deadline to file its opposition to the Motion until Friday, August 29, 2014 and Plaintiffs' deadline to file their reply to the Motion until Friday, September 22, 2014;

| | |
|---|---|
| 1 | WHEREAS, the Parties have reached a settlement, in principal, and are in the process of preparing an agreement to memorialize the settlement; |
| 2 | |
| 3 | WHEREAS, to provide the Parties with sufficient time to prepare and enter into the settlement agreement, the Parties have agreed to extend Defendant's deadline to file its opposition to the Motion until Monday, September 29, 2014; |

1  WHEREAS, the Parties have reached a settlement, in principal, and are in the process of
2  preparing an agreement to memorialize the settlement;
3  WHEREAS, to provide the Parties with sufficient time to prepare and enter into the
4  settlement agreement, the Parties have agreed to extend Defendant's deadline to file its opposition to
5  the Motion until Monday, September 29, 2014;
6  WHEREAS, the Parties have further agreed to extend Plaintiffs' deadline to file its reply to
7  the Motion until Wednesday, October 22, 2014;
8  WHEREAS, if the settlement agreement is not effectuated, the Parties agree that the Court
9  should hold a hearing on the Motion on the same date as previously scheduled;
10  WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;
11  WHEREAS, this extension will not substantively affect the overall case schedule given the
12  Order requires a hearing on the Motion to occur on November 6, 2014, which shall remain
13  unchanged.
14  WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses
15  otherwise available to the Parties in this action;
16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties
17  hereto that:
18  1) Defendant Nuance Communications, Inc., shall have through and including **September 29, 2014**, to file its opposition to Plaintiffs' Motion for Summary Judgment; and
20  2) Plaintiffs shall have through and including **October 22, 2014**, to file their reply in support of Plaintiffs' Motion for Summary Judgment.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 28, 2014                    Respectfully submitted,

                                                By: */s/ Mark D. Peterson*
                                                      Mark D. Peterson
                                                      **CATES PETERSON LLP**
                                                      4100 Newport Place, suite 230
                                                      Newport Beach, CA 92660
                                                      Tel: (949) 724-1180
                                                      Fax: (949) 724-1190
                                                      Email: markpeterson@catespeterson.com

*Attorneys for Plaintiffs*
*The Phoenix Insurance Company, The*
*Travelers Indemnity Company, The Travelers*
*Indemnity Company of Connecticut, and*
*Travelers Property Casualty Company of*
*America*

Dated: August 28, 2014                    Respectfully submitted,

                                                By: /s/ Nicole L. Chessari
                                                     Michael T. Jones (SBN 661336)
                                                     Nicole L. Chessari (SBN 259970)
                                                   **GOODWIN PROCTER LLP**
                                                     135 Commonwealth Drive
                                                     Menlo Park, California 94025-1105
                                                     Tel.: 650.752.3100
                                                     Fax.: 650.853.1038

*Attorneys for Defendant*
*Nuance Communications, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

                                          HONORABLE BETH LABSON FREEMAN
                                          United States District Judge

# GENERAL ORDER 45 ATTESTATION

I, Nicole Lynn Chessari, am the ECF User whose ID and Password are being used to file this **THIRD JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND TO EXTEND INITIAL COURT ORDERED DEADLINES**.

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark D. Petersen, counsel for Plaintiffs The Phoenix Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America have concurred to its filing.

Dated: August 28, 2014         */s/ Nicole L. Chessari*
                                Nicole L. Chessari

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on August 28, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

/s/ *Nicole L. Chessari*
Nicole L. Chessari