Michael T. Jones (SBN 290660)
*mjones@goodwinprocter.com*
Nicole L. Chessari (SBN 259970)
*nchessari@goodwinprocter.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

**Attorneys for Defendant
NUANCE COMMUNICATIONS, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE PHOENIX INSURANCE
COMPANY, a Connecticut corporation;
THE TRAVELERS INDEMNITY
COMPANY, a Connecticut corporation;
THE TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT, a
Connecticut corporation; TRAVELERS
PROPERTY CASUALTY COMPANY OF
AMERICA, a Connecticut corporation,

        Plaintiffs and Counter-
        Defendants,

    v.

INFINITY CONTACT, INC., an Iowa
corporation; and NUANCE
COMMUNICATIONS, INC., a Delaware
corporation,

        Defendants and Counter-
        Claimants

CASE NO. 5:13-cv-05905-BLF

**FOURTH JOINT STIPULATION AND
[PROPOSED] ORDER TO REVISE
BRIEFING SCHEDULE FOR
OPPOSITION AND REPLY TO
PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT**

**DEMAND FOR JURY**

Courtroom: 3
Judge:     Hon. Beth Labson Freeman
Floor:      5

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendant NUANCE COMMUNICATIONS, INC. ("Defendant") and Plaintiffs THE PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively, "Plaintiffs") (together, with Defendant, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to extend the briefing schedules with respect to Plaintiffs' Motion for Summary Judgment Against Defendant Nuance Communications, Inc., Docket Entry No. 52 ("Motion"), so that Defendant's opposition to the Motion will be filed on or before October 29, 2014, and Plaintiffs' reply brief in support of the Motion will be filed on or before November 24, 2014. In support of this request, the Parties stipulate as follows:

WHEREAS, on June 2, 2014, the Court issued a Case Management Order, Docket Entry No. 46 ("Order") setting forth the following schedule with respect to motions for summary judgment:

| Parties to file Cross-Motion for Summary Judgment | June 30, 2014 |
|---|---|
| Response to Motion for Summary Judgment | July 30, 2014 |
| Reply to Motion for Summary Judgment | August 20, 2014 |
| Motion for Summary Judgment Hearing | November 6, 2014 at 9:00 a.m. |

WHEREAS, on June 30, 2014, Plaintiffs filed their Motion with this Court;

WHEREAS, on July 15, 2014, the Parties initiated discussions relating to potential settlement of this action;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on July 18, 2014 to extend Defendant's deadline to file its opposition to the Motion until Friday, August 15, 2014 and Plaintiffs' deadline to file their reply to the Motion until Friday, September 5, 2014;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on August 28, 2014 to extend Defendant's deadline to file its opposition to the Motion until September 29, 2014 and Plaintiffs' deadline to file their reply to the Motion until October 22, 2014;

WHEREAS, the Parties have reached a settlement, in principal, and are in the process of preparing an agreement to memorialize the settlement;

WHEREAS, to provide the Parties with sufficient time to prepare and enter into the settlement agreement, the Parties have agreed to extend Defendant's deadline to file its opposition to the Motion until Wednesday, October 29, 2014;

WHEREAS, the Parties have further agreed to extend Plaintiffs' deadline to file its reply to the Motion until Monday, November 24, 2014;

WHEREAS, if the settlement agreement is not effectuated, the Parties agree that the Court should hold a hearing on the Motion on Thursday, December 18, 2014 at 9:00a.m.;

WHEREAS, on September 29, 2014, the Parties notified the Court via telephone and via email that they would like to vacate the November 6, 2014 hearing date and reserve the December 18, 2014 date for the hearing on the Motion and the Court confirmed telephonically that the hearing would be reset for December 18, 2014;

WHEREAS, no Party will be prejudiced by the relief requested in the stipulation;

WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that:

1) Defendant Nuance Communications, Inc., shall have through and including **October 29, 2014**, to file its opposition to Plaintiffs' Motion for Summary Judgment;

2) Plaintiffs shall have through and including **November 24, 2014**, to file their reply in support of Plaintiffs' Motion for Summary Judgment; and

3) The hearing on Plaintiffs' Motion for Summary Judgment shall be vacated and rescheduled for Thursday, **December 18, 2014 at 9:00a.m**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 29, 2014                    Respectfully submitted,

                                             By: */s/ Mark D. Peterson*
                                             Mark D. Peterson
                                             **CATES PETERSON LLP**
                                             4100 Newport Place, suite 230
                                             Newport Beach, CA 92660
                                             Tel: (949) 724-1180
                                             Fax: (949) 724-1190
                                             Email: markpeterson@catespeterson.com

                                             *Attorneys for Plaintiffs*
                                             *The Phoenix Insurance Company, The*
                                             *Travelers Indemnity Company, The Travelers*
                                             *Indemnity Company of Connecticut, and*
                                             *Travelers Property Casualty Company of*
                                             *America*

Dated: September 29, 2014                    Respectfully submitted,

                                             By: */s/ Nicole L. Chessari*
                                             Michael T. Jones (SBN 661336)
                                             Nicole L. Chessari (SBN 259970)
                                             **GOODWIN PROCTER LLP**
                                             135 Commonwealth Drive
                                             Menlo Park, California 94025-1105
                                             Tel.: 650.752.3100
                                             Fax.: 650.853.1038

                                             *Attorneys for Defendant*
                                             *Nuance Communications, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

                          _____
                          HONORABLE BETH LABSON FREEMAN
                          United States District Judge

# GENERAL ORDER 45 ATTESTATION

I, Nicole Lynn Chessari, am the ECF User whose ID and Password are being used to file this **FOURTH JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE FOR OPPOSITION AND REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT.**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Mark D. Petersen, counsel for Plaintiffs The Phoenix Insurance Company, The Travelers Indemnity Company, The Travelers Indemnity Company of Connecticut, and Travelers Property Casualty Company of America have concurred to its filing.


Dated:  September 29, 2014                      _____/s/ Nicole L. Chessari_
                                                                Nicole L. Chessari

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on September 29, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Nicole L. Chessari*
Nicole L. Chessari
