1  Michael T. Jones (SBN 290660)
   *mjones@goodwinprocter.com*
2  Nicole L. Chessari (SBN 259970)
   *nchessari@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   135 Commonwealth Drive
4  Menlo Park, California 94025-1105
   Tel.:  650.752.3100
5  Fax.:  650.853.1038

6  **Attorneys for Defendant**
   **NUANCE COMMUNICATIONS, INC.**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation; THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>INFINITY CONTACT, INC., an Iowa corporation; and NUANCE COMMUNICATIONS, INC., a Delaware corporation,<br><br>    Defendants and Counter-Claimants | CASE NO. 5:13-cv-05905-BLF<br><br>**FOURTH JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE FOR OPPOSITION AND REPLY TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DEMAND FOR JURY**<br><br>Courtroom:  3<br>Judge:  Hon. Beth Labson Freeman<br>Floor:  5 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-1(b) and 6-2, Defendant NUANCE COMMUNICATIONS, INC. ("Defendant") and Plaintiffs THE PHOENIX INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA (collectively, "Plaintiffs") (together, with Defendant, the "Parties"), through their undersigned counsel, hereby file the following stipulated request to extend the briefing schedules with respect to Plaintiffs' Motion for Summary Judgment Against Defendant Nuance Communications, Inc., Docket Entry No. 52 ("Motion"), so that Defendant's opposition to the Motion will be filed on or before October 29, 2014, and Plaintiffs' reply brief in support of the Motion will be filed on or before November 24, 2014. In support of this request, the Parties stipulate as follows:

WHEREAS, on June 2, 2014, the Court issued a Case Management Order, Docket Entry No. 46 ("Order") setting forth the following schedule with respect to motions for summary judgment:

| Parties to file Cross-Motion for Summary Judgment | June 30, 2014 |
| --- | --- |
| Response to Motion for Summary Judgment | July 30, 2014 |
| Reply to Motion for Summary Judgment | August 20, 2014 |
| Motion for Summary Judgment Hearing | November 6, 2014 at 9:00 a.m. |

WHEREAS, on June 30, 2014, Plaintiffs filed their Motion with this Court;

WHEREAS, on July 15, 2014, the Parties initiated discussions relating to potential settlement of this action;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on July 18, 2014 to extend Defendant's deadline to file its opposition to the Motion until Friday, August 15, 2014 and Plaintiffs' deadline to file their reply to the Motion until Friday, September 5, 2014;

WHEREAS, to further explore potential settlement of this action, the Parties stipulated on August 28, 2014 to extend Defendant's deadline to file its opposition to the Motion until September 29, 2014 and Plaintiffs' deadline to file their reply to the Motion until October 22, 2014;

| | |
|---|---|
| 1 | WHEREAS, the Parties have reached a settlement, in principal, and are in the process of preparing an agreement to memorialize the settlement; |
| 3 | WHEREAS, to provide the Parties with sufficient time to prepare and enter into the settlement agreement, the Parties have agreed to extend Defendant's deadline to file its opposition to the Motion until Wednesday, October 29, 2014; |
| 6 | WHEREAS, the Parties have further agreed to extend Plaintiffs' deadline to file its reply to the Motion until Monday, November 24, 2014; |
| 8 | WHEREAS, if the settlement agreement is not effectuated, the Parties agree that the Court should hold a hearing on the Motion on Thursday, December 18, 2014 at 9:00a.m.; |
| 10 | WHEREAS, on September 29, 2014, the Parties notified the Court via telephone and via email that they would like to vacate the November 6, 2014 hearing date and reserve the December 18, 2014 date for the hearing on the Motion and the Court confirmed telephonically that the hearing would be reset for December 18, 2014; |
| 14 | WHEREAS, no Party will be prejudiced by the relief requested in the stipulation; |
| 15 | WHEREAS, this stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action; |
| 17 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between the parties hereto that: |

1) Defendant Nuance Communications, Inc., shall have through and including **October 29, 2014**, to file its opposition to Plaintiffs' Motion for Summary Judgment;

2) Plaintiffs shall have through and including **November 24, 2014**, to file their reply in support of Plaintiffs' Motion for Summary Judgment; and

3) The hearing on Plaintiffs' Motion for Summary Judgment shall be vacated and rescheduled for Thursday, **December 18, 2014 at 9:00a.m**.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: September 29, 2014     Respectfully submitted,

By: */s/ Mark D. Peterson*
Mark D. Peterson
**CATES PETERSON LLP**
4100 Newport Place, suite 230
Newport Beach, CA 92660
Tel: (949) 724-1180
Fax: (949) 724-1190
Email: markpeterson@catespeterson.com

*Attorneys for Plaintiffs*
*The Phoenix Insurance Company, The*
*Travelers Indemnity Company, The Travelers*
*Indemnity Company of Connecticut, and*
*Travelers Property Casualty Company of*
*America*

Dated: September 29, 2014     Respectfully submitted,

By: /s/ Nicole L. Chessari
Michael T. Jones (SBN 661336)
Nicole L. Chessari (SBN 259970)
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025-1105
Tel.: 650.752.3100
Fax.: 650.853.1038

*Attorneys for Defendant*
*Nuance Communications, Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 30, 2014

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge